## EXHIBIT C

## Alleged Misstatements:
## Opinion[1]

| | **Alleged Misstatement** | **SAC ¶¶** |
|---|---|---|
| 1 | ***No. It's exactly your point, Noelle, is that when you show up at a number of cities and you come with large programs, it always takes the permitting authorities a little bit of time to gear up and we're working aggressively with our customers to help them gear up. It is not anything unusual***, and unlike other adjacent spaces where you have larger projects, these are typically local municipal permits, they're not federal permits. We're not talking about environmental studies or other types of permitting. And, in fact, just recently, the FCC passed a rule that actually will speed around small cells, some of the permitting by removing some local reviews that were already occurring. ***So I think it'll get better, it always does***. But at this stage in these projects, it's always something to watch. | 10, 196, 377 |
| 2 | ***Wireless construction activity in support of expanded coverage and capacity is poised to accelerate*** through the deployment of enhanced macro cells and new small cells. | 227, 232 |
| 3 | Wireless construction activity in support of expanded coverage and capacity ***is poised to accelerate***. | 230, 231 |
| 4 | ***I think it's particularly when you have a large number of projects under one big program that are starting up all over the country, you've got to spend to build your infrastructure around warehousing and office and yard space, in the ability to handle that growth and we are putting that in place, have put a good portion of it in place, more to go***. | 233 |
| 5 | ***So I think we've got great opportunities across all of our top 5 customers as we look out over the next 12 to 24 months,*** and we hope every one of them gets larger. But I think we have pretty good revenue diversity, given the concentrated nature of the end market" | 259 |

---

[1] Some alleged misstatements overlap one or more of the four categories set out in Exhibits A, B, C, and D.  Emphases in this Exhibit are as set forth in the Second Amended Complaint, and denote the statements Plaintiff alleges are "materially false and misleading."  SAC ¶ 191.  Non-bolded statements were included in the Amended Complaint for context.  *See id.*

| | **Alleged Misstatement** | **SAC ¶¶** |
|---|---|---|
| 6 | Yes. *I think we have pretty good visibility across all of the programs*. If you think about Fiber-to-the-Home with AT&T, there's a commitment in 2019. They've indicated that based on tax reform that they're going to spend incremental dollars there. So there's clearly a plan there. There's clearly a plan across FirstNet. *Clearly, with Verizon's stated public goal to deploy a fixed broadband, which is reliant on deep fiber deployments to 25 or 30 million homes and perhaps more over the next three to four years, as well as the cable capacity projects we're involved with to expand network capacity, I think all of those are strong.* | 260 |
| 7 | It's hard to forecast. I mean, we understand that and we're disappointed that we didn't get it as right as you would have liked last quarter. *But that doesn't change, that the projects are there that we're confident in our ability to execute.* | 295 |
| 8 | *We remain confident* in our strategies, the prospects for our company, the capabilities of our dedicated employees and the experience of our management team as we grow our business and capitalization. | 296 |
| 9 | Customers are continuing to reveal with specificity new multi-year initiatives that are being planned and managed on a market-by-market basis. *Our ability to provide integrated planning, engineering and design, procurement, and construction and maintenance services is of particular value to several industry participants.*<br><br>As with prior initiations of large-scale network deployments, we expect some normal timing volatility and customer spending modulations, as network deployment strategies and technologies evolve and tactical considerations, primarily permitting, impact timing. *We remain confident that our competitively unparalleled scale and market share, as well as our financial strength, position us well to deliver valuable service to our customers and robust returns to our shareholders.* | 300 |
| 10 | [Dycom] maintained *strong customer relationships* throughout our markets . . . [f]iber deployments in contemplation of emerging wireless technologies *have begun* in many regions of the country . . . significant number of new project initiations *are occurring* . . . [wireless construction activity] . . . is poised to accelerate . . . . [W]e think *we'll be able to execute on the work that we provided*." | 303 |
| 11 | *Strong* revenue base, *customer relationships* and profitable results . . . . *Durable Customer Relationships* . . . .[and] *a significant number of new project initiations are occurring*." | 305 |