**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JENNIFER TUNG, Individually and On Behalf of All Others Similarly Situated, | Case No. 9:18-cv-81448-RAR |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | Judge Raag Singhal |
| DYCOM INDUSTRIES, INC., STEVEN E. NIELSEN, and ANDREW DEFERRARI, | Magistrate Judge William Matthewman |
| Defendants. | |

**JOINT MOTION OF ALL PARTIES TO STAY PROCEEDINGS**
**PENDING FINALIZATION AND APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and Defendants Dycom Industries, Inc., Steven E. Nielsen, and Andrew DeFerrari ("Defendants," collectively, the "Parties"), hereby provide notice to the Court pursuant to Local Rule 16.4 that the Parties have entered into an agreement in principle to settle this Action (the "Settlement"), subject to the execution and submission to the Court of a detailed Stipulation of Settlement, and Court approval of the Settlement pursuant to Fed. R. Civ. P. 23 ("Rule 23"). The Parties also hereby jointly move to stay all proceedings and extend all deadlines in this case to allow the Parties to focus on the preparation of the Stipulation of Settlement and related documentation that resolves the claims and allegations in this Action. Lead Plaintiff will seek preliminary approval of the Settlement pursuant to Rule 23 within sixty (60) days from the entry of this Order. Accordingly, the Parties respectfully request that the Court enter an Order staying all proceedings and extending all deadlines in the Action, except those relating to the consummation of the Settlement.

In support of the relief requested, the Parties state the following:

1

1. On May 1, 2020, the Parties engaged in settlement discussions in a mediation overseen by the Honorable Layn R. Phillips, retired United States District Judge. As a result of the mediation, the Parties have reached an agreement in principle to fully settle and resolve this Action.

2. The Parties are in the process of drafting a detailed Stipulation of Settlement that memorializes the terms of the settlement, the eligibility of putative settlement class members for participation in the settlement, the relief to all putative class members, and the dismissal with prejudice of all claims.

3. After execution of the Stipulation of Settlement, and within sixty (60) days of the entry of the relief sought by this Joint Motion, Lead Plaintiff will seek preliminary approval of the Parties' settlement, including notice to the settlement class, pursuant to Federal Rules of Civil Procedure 23.

4. In order to preserve judicial and party resources, the Parties jointly request the Court stay all proceedings and extend all deadlines, which will allow the Parties to focus on finalizing the settlement.

5. This Court has the authority to stay proceedings and extend deadlines to manage its docket, based upon the circumstances of a particular case. *Landis* v. *North Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936); *Werman v. Rotonda Golf*, No. 2:16-cv-356-FtM-99CM, 2016 U.S. Dist. LEXIS 199010, at *1-2 (M.D. Fla. July 13, 2016). The class-wide settlement, if approved, will resolve all claims and issues in this Action.

6. This Joint Motion is made in good faith and not for the purpose of delay. Granting the relief requested herein is supported by good cause and will not prejudice the Court or any of the Parties.

7.   A Proposed Order is attached as Exhibit A to this Joint Motion for the Court's consideration.

**WHEREFORE,** the Parties respectfully request that the Court enter the attached Proposed Order, (i) staying all proceedings and extending all deadlines in this Action except those directed to consummating the Settlement, and (ii) allowing sixty (60) days from the entry of the Court's Order for Lead Plaintiff to file a motion for preliminary approval.

### LOCAL RULE 7.1.A.3 CERTIFICATION

Counsel for Lead Plaintiff and Defendants have conferred and agree to the relief requested herein and to the entry of the requested Order.

Dated: May 4, 2020

Respectfully Submitted,

| | |
|---|---|
| /s/ Cullin O'Brien | /s/ Joanne M. O'Connor |
| Cullin O'Brien | Scott G. Hawkins |
| Florida Bar No. 0597341 | Florida Bar No. 460117 |
| **CULLIN O'BRIEN LAW, P.A.** | Joanne M. O'Connor |
| 6541 NE 21st Way | Florida Bar No. 498807 |
| Fort Lauderdale, Florida 33308 | **JONES FOSTER P.A.** |
| Tel: (561) 676-6370; Fax: (561) 320-0285 | 505 South Flagler Drive, Suite 1100 |
| Email: cullin@cullinobrienlaw.com | West Palm Beach, Florida 33401 |
| | Tel: (561) 659-3000 |
| *Liaison Counsel for Plaintiffs* | Fax: (561) 650-5300 |
| | Email: shawkins@jonesfoster.com |
| Shannon L. Hopkins* | Email: joconnor@jonesfoster.com |
| Stephanie Bartone* | |
| **LEVI & KORSINSKY, LLP** | Alan S. Goudiss* |
| 1111 Summer Street, Suite 403 | Brian H. Polovoy* |
| Stamford, CT 06905 | **SHEARMAN & STERLING LLP** |
| Tel.: (203) 992-4523; Fax: (212) 363-7171 | 599 Lexington Avenue |
| Email: shopkins@zlk.com | New York, NY 10022 |
| Email: sbartone@zlk.com | Tel: (212) 848-4000 |
| | Fax: (212) 848-7179 |
| Guillaume Buell* | Email: agoudiss@shearman.com |
| **THORNTON LAW FIRM LLP** | Email: bpolovoy@shearman.com |
| 1 Lincoln Street, 25th Floor | *pro hac vice* |

Boston, MA 02111
Tel: (617) 720-1333; Fax: (617) 720-2445
Email: gbuell@tenlaw.com
*Co-Lead Counsel*

*Counsel for Defendants Dycom Industries, Inc., Steven E. Nielsen and Andrew DeFerrari*

Jonathan Gardner*
Christine M. Fox*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Tel: (212) 907-0700; Fax: (212) 818-0477
Email:  jgardner@labaton.com
Email:  cfox@labaton.com
*Additional counsel for Lead Plaintiff*

*pro hac vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Cullin O'Brien
Cullin O'Brien
Florida Bar No. 0597341
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370; Fax: (561) 320-0285
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs*