**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-81448-SINGHAL/Matthewman**

JENNIFER TUNG, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

DYCOM INDUSTRIES, INC., STEVEN E.
NIELSEN, and ANDREW DEFERRARI

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Motion to Stay Proceedings Pending Finalization and Approval of Class Action Settlement ("Joint Motion") (DE [83]). The parties have advised the Court that they are drafting a detailed settlement agreement and that they will promptly seek preliminary and final approval of the settlement, in accordance with Federal Rule of Civil Procedure 23. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED** pursuant to the following:

    1.    The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order. If the parties fail to complete the expected settlement, either party may reopen the case upon the filing of any document.

    2.    The Clerk shall **CLOSE** this case for administrative purposes only.

   3. Any pending motions are **DENIED AS MOOT** without prejudice to the parties to refile, if necessary.

   **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 5th day May 2020.

                  _____
                   RAAG SINGHAL
                   UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF