**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 9:18-cv-81448-SINGHAL

JENNIFER TUNG, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff

v.

DYCOM INDUSTRIES, INC., STEVEN E. NIELSEN and ANDREW DEFERRARI,

        Defendants.

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF
LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

I, Guillaume Buell, declare as follows:

    1.    I am Of Counsel with the law firm of Thornton Law Firm LLP, Lead Counsel for Lead Plaintiff Boston Retirement System and the proposed Class in the above-captioned action. I respectfully submit this Declaration in support of Lead Plaintiff's *Unopposed Motion For Preliminary Approval Of Class Action Settlement*. Attached hereto as Exhibits 1 through 5 are true and correct copies of the following documents:

    EXHIBIT 1:    Stipulation and Agreement of Settlement (with Exhibits);

- *Exhibit A:* Proposed Preliminary Approval Order
- *Exhibit A-1:* Long Form Notice
- *Exhibit A-2:* Claim Form
- *Exhibit A-3:* Summary Notice
- *Exhibit B:* Proposed Final Order and Judgment

    EXHIBIT 2:    Firm Resume of Thornton Law Firm LLP;

    EXHIBIT 3:    Firm Resume of Levi & Korsinsky LLP;

    EXHIBIT 4:    Laarni T. Bulan & Laura E. Simmons, Securities Class Action Settlements – 2019 Review & Analysis at 1 (Cornerstone Research 2020); and

    EXHIBIT 5:    Firm Resume of A.B. Data.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed on June 26, 2020.                                            By: */s/ Guillaume Buell*
                                                                                          Guillaume Buell