# BUELL DECLARATION EXHIBIT 1

# EXHIBIT A-3 TO STIPULATION OF SETTLEMENT

# (SUMMARY NOTICE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:18-cv-81448-SINGHAL

JENNIFER TUNG, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

DYCOM INDUSTRIES, INC., STEVEN E.
NIELSEN and ANDREW DEFERRARI,

    Defendants.
_____/

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

[Exhibit A-3 to
the Stipulation and Agreement on Settlement, dated June 25, 2020 (the "Stipulation")]

**To:** All persons and entities who purchased or otherwise acquired Dycom Industries, Inc. ("Dycom") common stock during the period from November 20, 2017 through August 10, 2018, inclusive, and who were damaged thereby ("Settlement Class").

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the District of Southern District of Florida, that Court-appointed Lead Plaintiff, on behalf of itself and all members of the proposed Settlement Class, and Dycom, Steven E. Nielsen, and Andrew DeFerrari (collectively, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $9,500,000 (the "Settlement").

A hearing will be held before the Honorable Raag Singhal, likely via videoconference, on _____, 2020, at ____ ___.m. in Courtroom 110 of the United States District Court for the Southern District of Florida, U.S. Federal Building and Courthouse, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 25, 2020; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application.  The Court may change the date of the Settlement Hearing, or hold it telephonically or via videoconference, without providing another notice.  You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.**  If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website of the Claims Administrator, www.DycomIndustriesSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*Dycom Industries Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173105
Milwaukee, WI  53217

Toll-Free Number: (866) 905-8127
Email: info@DycomIndustriesSecuritiesSettlement.com
Settlement Website: www,DycomIndustriesSecuritiesSettlement.com

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

| **THORNTON LAW FIRM LLP** | **LEVI & KORSINSKY LLP** |
|---|---|
| Guillaume Buell | Shannon Hopkins |
| 1 Lincoln Street | 1111 Summer Street, Suite 403 |
| Boston, MA 02111 | Stamford, CT 06905 |
| www.tenlaw.com | www.zlk.com |
| 617-720-1333 | 212-992-4523 |

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than* _____ \_\_*, 2020.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than* _____ \_\_*, 2020.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than* _____ \_\_*, 2020*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: _____, 2020        BY ORDER OF THE COURT
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF FLORIDA