**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JENNIFER TUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>DYCOM INDUSTRIES, INC., STEVEN E. NIELSEN and ANDREW DEFERRARI,<br><br>Defendants. | Case No. 9:18-cv-81448-RAS<br><br>CLASS ACTION<br><br>Judge Raag Singhal |

**LEAD PLAINTIFF'S UNOPPOSED MOTION TO**
**RESCHEDULE FINAL APPROVAL HEARING**

Lead Plaintiff Boston Retirement System respectfully files this unopposed motion to reschedule the final approval hearing currently scheduled for August 18, 2020, *see* ECF No. 86, to a date during the week of October 12, 2020. This is necessary to comply with the Class Action Fairness Act of 2005 ("CAFA"), and to allow sufficient time, in accordance with the Court's Order, for the Court-appointed Claims Administrator to provide notice of the proposed settlement to the members of the Class, and to allow the class members time to determine what action they wish to take in connection with the proposed Settlement.

In support of the relief requested, Lead Plaintiff states as follows:

1. Under CAFA, a court may not give final approval of a proposed class action settlement earlier than 90 days after the appropriate federal and state officials were served with the notice required under CAFA (CAFA § 1715(d)), which Defendants timely mailed on July 2, 2020. Consistent with this statutory requirement, Lead Plaintiff's motion requested that the Court schedule the final approval hearing no earlier than 90 days after entry of the Order granting

preliminary approval. *See* Dkt. 85, p. 16.

2. Adjourning the conference to the week of October 12, 2020 is also necessary to permit members of the Class time to receive adequate notice of the Settlement, to allow sufficient time for necessary claims materials to be submitted, and to allow members of the Class the opportunity to submit objections or requests for exclusion in accordance with the other dates set forth in the Court's Order.

3. Under the Court's Order, the Court-appointed claims administrator is required to mail notice of the proposed settlement to all stockholders of record within 10 business days (*i.e.*, by July 23, 2020), brokers are required to forward names of beneficial owners of stock (i.e., the actual class members) within one week of receipt (*i.e.*, a date in the first week of August), and, at that point, the Court-appointed claims administrator will begin the process of mailing notice to these class members (*i.e.*, in mid-August). Thus, class members will not have the settlement materials until sometime in late August at the earliest. Under the deadlines set in the Court's Order, class members must submit any objections or requests for exclusion so as to be received 21 days before the final approval hearing. Thus, having the hearing on August 18 would mean that the deadline for class members to act would pass before the majority of them had even received notice of these deadlines or the proposed settlement itself.

4. Scheduling the fairness hearing for the week of October 12, 2020 assures (a) compliance with CAFA, and (b) satisfaction of the due process rights of the class members to notice of the proposed settlement and sufficient time to exercise their rights under the Court's preliminary approval order. It also lessens the risk that the Court will receive objections from class members after the settlement hearing that they were not provided with sufficient time to exercise their rights (which we have seen in cases where there was not sufficient time prior to the hearing

on final approval).

**WHEREFORE,** Lead Plaintiff respectfully requests that the Court adjourn the final approval hearing to the week of October 12, 2020.

### LOCAL RULE 7.1.A.3 CERTIFICATION

Counsel for Lead Plaintiff and Defendants have conferred and agree to the relief requested herein and to the entry of the requested Order.

    Respectfully Submitted,

/s/ Cullin O'Brien
Cullin O'Brien
Florida Bar No. 0597341
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Fort Lauderdale, Florida 33308
Tel: (561) 676-6370; Fax: (561) 320-0285
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiffs*

Shannon L. Hopkins*
Stephanie Bartone*
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523; Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: sbartone@zlk.com

Guillaume Buell*
**THORNTON LAW FIRM LLP**
1 Lincoln Street
Boston, MA 02111
Tel: (617) 720-1333; Fax: (617) 720-2445
Email: gbuell@tenlaw.com

*Co-Lead Counsel*

Jonathan Gardner*
Christine M. Fox*
**LABATON SUCHAROW LLP**

        140 Broadway
        New York, NY  10005
        Tel: (212) 907-0700; Fax: (212) 818-0477
        Email:  jgardner@labaton.com
        Email:  cfox@labaton.com

*Additional counsel for Lead Plaintiff*

*\*pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

                                                */s Cullin O'Brien*
                                                Cullin O'Brien