UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-cv-81448-SINGHAL

JENNIFER TUNG, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

DYCOM INDUSTRIES, INC., STEVEN E.
NIELSEN and ANDREW DEFERRARI,

      Defendants.

_____/

## ORDER APPROVING PLAN OF ALLOCATION

**THIS CAUSE** having come before the Court for a hearing on October 13, 2020, on the motion of Boston Retirement System ("Lead Plaintiff") for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed[1];

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1.    This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated June 25, 2020 (DE [85-2]) (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Settlement Agreement.

2.    Pursuant to and in compliance with Federal Rule of Civil Procedure 23, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members who could be identified with reasonable effort,

_____

[1] *Johnson v. NPAS Sols.*, LLC, 2020 WL 5553312 (11th Cir. Sept. 17, 2020).

advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3.    The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

4.    The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

DATED this 13th day of October 2020.

BY THE COURT:

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE